Núm. 8707.—PUEBLO, apldo. *v.* FELIBERTY, aplte.—C. D. Mayagüez. Mayo 27, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, la cuestión envuelta en este caso es idéntica a la resuelta por este Tribunal el 28 del mes pasado en el caso de *El Pueblo* v. *Capriles Camacho* (ante, pág. 548), donde se sostuvo que dos declaraciones juradas sustancialmente igüales a la prestada en este caso eran insuficientes para obtener una orden de allanamiento, y que la evidencia obtenida a través de dicha orden era ilegal y no debió haber sido recibida por el tribunal inferior al haberse solicitado su devolución con anterioridad a la vista del juicio;

POR CUANTO, en este caso se solicitó oportunamente, en la corte municipal primero y en la de distrito después, la devolución de la evidencia así obtenida, a lo que se negó la corte inferior;

POR CUANTO, eliminada dicha evidencia como debió haberlo sido, no existiría prueba suficiente para declarar convicta a la acusada;

POR TANTO, vistos los autos de este caso y la jurisprudencia establecida en el de *Pueblo* v. *Capriles Camacho,* supra, se revoca la la sentencia apelada que dictó la Corte de Distrito de Mayagüez en

10 de mayo de 1940, se absuelve libremente a la acusada, y se ordena que por la corte inferior se le devuelvan los efectos ilegalmente ocupádosle mediante la citada orden de allanamiento.